IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | § | |
| Olethia Sharlette Blanks | § | |
| | § | |
| | § | CASE NO. 12-70379-HdH-7 |
| DEBTOR | | |

SCHEDULE REGARDING CONVERSION
FROM CHAPTER 13 TO CHAPTER 7

In compliance with Local Bankruptcy Rule 1019(1)(a), the Debtor hereby files this Schedule in order to list assets remaining in Debtor's possession as of the date of conversion, abandoned property and property against which the automatic stay terminated during the case and unpaid debts incurred after the filing of the petition and before conversion of the case.  When this schedule is filed for a case converted to Chapter 7 after confirmation of a plan, the schedule will also include property acquired after the filing of the petition but before conversion, unpaid debts and executory contracts entered into or assumed after the filing of the petition but before conversion.

ASSETS REMAINING IN DEBTOR'S POSSESSION AS OF DATE OF NOTICE OF CONVERSION AND PROPERTY ACQUIRED AFTER FILING OF PETITION
N/A

ABANDONED PROPERTY AND PROPERTY AGAINST WHICH THE AUTOMATIC HAS TERMINATED
N/A

UNPAID DEBTS INCURRED AFTER FILING/AND OR CONFIRMATION
Schedule F-additional debt

EXECUTORY CONTRACTS AFTER FILING
N/A

DECLARATION CONCERNING DEBTOR(S) SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule Regarding Conversion from Chapter 13 to Chapter 7 and all attachments and that they are true and correct to the best of my knowledge, information, and belief.

Date:   07/29/2013                        /s/ Olethia Sharlette Blanks by POA Pansy Phillips King

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 7, 2013, a true and correct copy of the foregoing Debtor Statement of Intention, and Schedule Regarding Conversion from Chapter 13 to Chapter 7 was served on all parties on the mailing matrix by ECF and/or regular mail.

<u>/s/Monte J. White</u>
Attorney for Debtor

Accucare Clinic North Texas PA
Virgil G. Frando, MD or
Angelita B. Frando, MD
3901 Armory Rd.
Wichita Falls, Texas 76302

Charles Rodgers MD
1600 11th St
Wichita Falls, TX 76301

Denton Regional Medical Center
4405 N I-35
Denton, TX 76207

Adekunle Adekola MD
475 Elm St Ste 100
Lewisville, TX 75057

Chase
Po Box 901039
Fort Worth, TX 76101

Discover Fin
Attention:  Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Adenike Patalay MD
1600 11th St
Wichita Falls, TX 76301

Chase Auto Finance
PO Box 15700
Wilmington, DE 19886-5700

Dr. Harvey Lowell
1208 Brook Ave
Wichita Fall, TX 76301-5602

Adlina Logan MD
1600 11th St
Wichita Falls, TX 76301

Christopher Lam DO
1600 11th Street
Wichita Falls, TX 76301

Dr. Rafael Rivera
1100 Brook Ave
Wichita Falls, TX 76301-4401

Andre P. Desire, MD
1631 11th St
Wichita Falls, TX 76301

Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Dureshahwar Fernandez, MD
1100 Brook Ave
Wichita Falls, TX 76301

Armando Moreno, MD
1600 11th Street
Wichita Falls, TX 76301

City of WF, WFISD, Wichita Co
c/o Harold Lerew
P.O. Box 8188
Wichita Falls, Texas 76307

EOS CCA
PO Box 329
Norwell, MA 02061-0296

Arshad Asghar MD
3515 Colorado Blvd Ste 102
Denton, TX 76210

Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547

Ernest Tschoepe MD
1820 Preston Park Blvd Ste 1200
Plano, TX 75093

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

David Hoodenpyle, II APN
1600 11th St
Wichita Falls, TX 76301

Executive Services
PO Box 2248
Wichita Falls, TX 76307

Brownings Reliable Cars & Truck
4570 Seymour Highway
Wichita Falls, TX 76308

David Moffat MD
808 Brook Ave
Wichita Falls, TX 76301

Fardin Djafari, MD
1631 11th Street
Wichita Falls, TX 76301

Candis Beard MD
3901 W 15th St
Plano, TX 75075

David Spencer MD
808 Brook Ave
Wichita Falls, TX 76301

Fayyaz H Mirza MD
808 Brook Ave,
Wichita Falls, TX 76301

Debtor(s): **Olethia Sharlette Blanks**     Case No: **12-70379-HdH-7**     **NORTHERN DISTRICT OF TEXAS**
Chapter: **7**     **WICHITA FALLS DIVISION**

Ferguson-Veresh, Inc
703 E Scott Street
Wichita Falls, TX 76301

Jayasankar Reddy, MD
1310 Ranch Rd 620 S
Austin, TX 78734

Mihaela Anastase, MD
501 Midwestern Pkwy
Wichita Falls, TX 76302

Francis Yap, MD
501 Midwestern Pkwy
Wichita Falls, TX 76302

JC Penney
PO Box 965009
Orlando, FL 32896-5009

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX  76301

Frederick Langner, MD FACS
PO Box 547
Wichita Falls, TX 76307-0547

Jeffrey Carenza MD
401 Campbell Rd
Richardson, TX 75080

Nam Nguyen MD
1820 Preston Park Blvd Ste 1200
Plano, TX 75093

Gang Quan MD
2900 N Interstate 35 101
Denton, TX 76201

Joel Trujillio MD
501 Midwestern Pkwy
Wichita Falls, TX 76302

Nationwide Recovery Sys
2304 Tarpley Dr #134
Carrollton, TX 75006

Gracia Del Rosario, MD
3901 Armory Rd
Wichita Falls, TX 76302

Jose Audie E. Lim MD., PA
1518 10th Street
Wichita Falls, TX 76301

Olakunle Iluyomade MD
475 Elm St Ste100
Lewisville, TX 75057

Harvey Martin MD
1808 Rose Street
Wichita Falls, TX 76301

Leo Mercer MD
P O Box 9084
Wichita falls,  TX 76308-9084

Paul Renton Jr, MD
808 Brook Ave
Wichita Falls, TX 76301

Healthsouth Rehab Hospital
3901 Armory Road
Wichita Falls TX  76302

Lowell Harvey MD
1100 Brook Ave
Wichita Falls, TX 76301

Peter Mikhall, MD
1518 9th Street
Wichita Falls, TX 76301

Internal Medicine Associates
PO Box 3848
Wichita Falls, TX 76301

Madhu Patalay MD
1600 11th Street
Wichita Falls, TX 76301

Radiology Associates
808 Brook Avenue
Wichita Falls, Texas 76301-4289

IRS Special Procedures
1100 Commerce St.
Mail Stop 5026 DAL
Dallas, TX 75242

Manisha Gupta MD
3901 W 15th St
Plano, TX 75075

Rafael Rivera-Rivera, MD
1104 Brook Ave
Wichita Falls TX  76301

Javed Akram MD
209 N Bonnie Brae Ste 33
Denton, TX 76201

Manisha Shah MD
2900 N Interstate 35 Ste 210
Denton, TX 76201

Raja Divi MD
1600 11th Street
Wichita Falls, TX 76301

Debtor(s): **Olethia Sharlette Blanks**        Case No: **12-70379-HdH-7**        **NORTHERN DISTRICT OF TEXAS**
                                                      Chapter: **7**                                      **WICHITA FALLS DIVISION**

Rami Buchipudl MD
1600 11 St
Wichita Falls, TX 76301

Stanley Evans DO
3105 Colorado Blvd
Denton, TX 76210

United Regional Physician Group
PO Box 9261
Wichita Falls, TX 76308

Raymond Owen, MD
2945 Southwest Parkway
Wichita Falls, TX 76308

Tammy Bishop, APN
1600 11th St
Wichita Falls, TX 76301

US Cellular
Financial Services
4700 S Garnett Rd
Tulsa, OK 74146-4700

Retrieval Masters Creditors Bur
2269 S Saw Mill River Rd Bldg 3
Elmsford, NY 10523

Terry Seegers, MD
808 Brook Ave
Wichita Falls, TX 76301

Virgil Frando, MD
3901 Armory Rd
Wichita Falls, TX 76302

Richard Lebell CRNA
1600 11th Streeet
Wichita Falls, TX 76301

Texas Speciality Hospital Wichi
1103 Grace Street
Wichita Falls, TX 76301

Wichita Falls Gastroenterology
004 Brook Ave.
Wichita Falls, TX 76301-5049

Robert L. McBroom Jr., M.D.
1601 Brook Ave
Wichita Falls, TX 76301

Timothy McCellan MD
1104 Brook Ave
Wichita Falls, TX 76301

William Dean MD
1518 9th Street
Wichita Falls, TX 76301

S Shaw Fontenot
1419 9th Street
Wichita Falls, TX 76301

Titanium Emergency Group
P.O. Box 3407
Emergency room Physician
Wichita Falls, Texas 76301

Satish Chada MD
2200 Brook Ave
Wichita Falls, TX 76301

Trans Star Ambulance
3917 Call Field Rd
Wichita Falls, TX 76308

Scared Cross EMS Inc
141 W McCart St
Krum, TX 76249

Txu Electric/TXU Energy
Attention: Bankruptcy
PO Box 650393
Dallas, TX 75265

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117

United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301

Senior Care Health & Rehab
910 Midwestern Parkway
Wichita Falls, TX 76302

United Regional Health Care Sys
1600 11th Street
Wichita Falls, Texas 76301

B6F (Official Form 6F) (12/07)

In re   **Olethia Sharlette Blanks**                                    Case No.   **12-70379-HdH-7**
                                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3346**<br>**Accucare Clinic North Texas PA**<br>**Virgil G. Frando, MD or**<br>**Angelita B. Frando, MD**<br>**3901 Armory Rd.**<br>**Wichita Falls, Texas 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$1,165.00** |
| ACCT #:<br>**Adekunle Adekola MD**<br>**475 Elm St Ste 100**<br>**Lewisville, TX 75057** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$20.34** |
| ACCT #:<br>**Adenike Patalay MD**<br>**1600 11th St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$73.25** |
| ACCT #:<br>**Adlina Logan MD**<br>**1600 11th St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$20.34** |
| ACCT #:  **5067**<br>**Andre P. Desire, MD**<br>**1631 11th St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$50.09** |
| ACCT #:<br>**Armando Moreno, MD**<br>**1600 11th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$38.61** |
| | | | | | Subtotal > | | **$1,367.63** |

_____**13**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Olethia Sharlette Blanks**　　　　　　　　Case No.　**12-70379-HdH-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Arshad Asghar MD** <br> **3515 Colorado Blvd Ste 102** <br> **Denton, TX 76210** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $28.66 |
| ACCT #: **xxxxxxxxxxx1510** <br> **Bank Of America** <br> **Attention: Recovery Department** <br> **4161 Peidmont Pkwy.** <br> **Greensboro, NC 27410** | | W | DATE INCURRED: **05/1996** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $4,322.00 |
| ACCT #: <br> **Candis Beard MD** <br> **3901 W 15th St** <br> **Plano, TX 75075** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $23.73 |
| ACCT #: <br> **Charles Rodgers MD** <br> **1600 11th St** <br> **Wichita Falls, TX 76301** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $28.66 |
| ACCT #: **xxxxxxxx4021** <br> **Chase** <br> **Po Box 901039** <br> **Fort Worth, TX 76101** | | W | DATE INCURRED: **08/1994** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $9,427.77 |
| ACCT #: <br> **Christopher Lam DO** <br> **1600 11th Street** <br> **Wichita Falls, TX 76301** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | $3,180.00 |

Sheet no. ___1___ of ___13___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >　　　$17,010.82

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                  Case No. **12-70379-HdH-7**
                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx2228**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | W | DATE INCURRED: **10/1980**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $14,699.00 |
| ACCT #:<br>**Clinics of North Texas**<br>**PO Box 97547**<br>**Wichita Falls, TX 76307-7547** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $31.00 |
| ACCT #:<br>**David Hoodenpyle, II APN**<br>**1600 11th St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $729.69 |
| ACCT #:<br>**David Moffat MD**<br>**808 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $44.00 |
| ACCT #:<br>**David Spencer MD**<br>**808 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $56.51 |
| ACCT #: **3346**<br>**Denton Regional Medical Center**<br>**4405 N I-35**<br>**Denton, TX 76207** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $224,447.96 |

Sheet no. ___**2**___ of ___**13**___ continuation sheets attached to                    **Subtotal >**     $240,008.16
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Olethia Sharlette Blanks**                                              Case No.   **12-70379-HdH-7**
                                                                                                        (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx9705**<br>**Discover Fin**<br>**Attention:  Bankruptcy Department**<br>**PO Box 3025**<br>**New Albany, OH 43054** | | W | DATE INCURRED:  **06/1996**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$8,183.00** |
| ACCT #:  **2273**<br>**Dr. Harvey Lowell**<br>**1208 Brook Ave**<br>**Wichita Fall, TX 76301-5602** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$44.99** |
| ACCT #:  **x1749**<br>**Dr. Rafael Rivera**<br>**1100 Brook Ave**<br>**Wichita Falls, TX 76301-4401** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$134.26** |
| ACCT #:<br>**Dureshahwar Fernandez, MD**<br>**1100 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$104.88** |
| ACCT #:  **xxxxx8567**<br>**EOS CCA**<br>**PO Box 329**<br>**Norwell, MA 02061-0296** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Ernest Tschoepe MD**<br>**1820 Preston Park Blvd Ste 1200**<br>**Plano, TX 75093** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$24.46** |

Sheet no. ____3____ of ____13____ continuation sheets attached to                                   **Subtotal >** | **$8,492.59**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**   Case No. **12-70379-HdH-7**

(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx0381**<br>**Executive Services**<br>**PO Box 2248**<br>**Wichita Falls, TX 76307** | | W | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $525.00 |
| ACCT #:<br>**Fardin Djafari, MD**<br>**1631 11th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $342.00 |
| ACCT #:<br>**Fayyaz H Mirza MD**<br>**808 Brook Ave,**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $669.00 |
| ACCT #:<br>**Ferguson-Veresh, Inc**<br>**703 E Scott Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $879.87 |
| ACCT #:<br>**Francis Yap, MD**<br>**501 Midwestern Pkwy**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,960.00 |
| ACCT #:<br>**Frederick Langner, MD FACS**<br>**PO Box 547**<br>**Wichita Falls, TX 76307-0547** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $17.34 |

Sheet no. ____**4**____ of ____**13**____ continuation sheets attached to   **Subtotal >** | $4,393.21
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Olethia Sharlette Blanks**                                      Case No.  **12-70379-HdH-7**
                                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gang Quan MD**<br>**2900 N Interstate 35 101**<br>**Denton, TX 76201** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $123.55 |
| ACCT #:<br>**Gracia Del Rosario, MD**<br>**3901 Armory Rd**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $823.00 |
| ACCT #:<br>**Harvey Martin MD**<br>**1808 Rose Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $60.00 |
| ACCT #:<br>**Healthsouth Rehab Hospital**<br>**3901 Armory Road**<br>**Wichita Falls TX  76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $125.00 |
| ACCT #:  **3346**<br>**Healthsouth Rehab Hospital**<br>**3901 Armory Road**<br>**Wichita Falls TX  76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,386.00 |
| ACCT #:<br>**Internal Medicine Associates**<br>**PO Box 3848**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $79.67 |

Sheet no. ____**5**____ of ____**13**____ continuation sheets attached to          **Subtotal >**          $2,597.22
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**          Case No. **12-70379-HdH-7**
                                                     (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Javed Akram MD**<br>**209 N Bonnie Brae Ste 33**<br>**Denton, TX 76201** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $46.60 |
| ACCT #:<br>**Jayasankar Reddy, MD**<br>**1310 Ranch Rd 620 S**<br>**Austin, TX 78734** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $48.32 |
| ACCT #: **2202**<br>**JC Penney**<br>**PO Box 965009**<br>**Orlando, FL 32896-5009** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>**Jeffrey Carenza MD**<br>**401 Campbell Rd**<br>**Richardson, TX 75080** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $12.22 |
| ACCT #:<br>**Joel Trujillio MD**<br>**501 Midwestern Pkwy**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $185.00 |
| ACCT #: **3346**<br>**Jose Audie E. Lim MD., PA**<br>**1518 10th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $366.76 |

Sheet no. ____**6**____ of ____**13**____ continuation sheets attached to          **Subtotal >** | $758.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                    Case No. **12-70379-HdH-7**
                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Leo Mercer MD**<br>**P O Box 9084**<br>**Wichita falls,  TX 76308-9084** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $31.96 |
| ACCT #:<br>**Lowell Harvey MD**<br>**1100 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $44.99 |
| ACCT #:<br>**Madhu Patalay MD**<br>**1600 11th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $58.60 |
| ACCT #:<br>**Manisha Gupta MD**<br>**3901 W 15th St**<br>**Plano, TX 75075** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $33.94 |
| ACCT #:<br>**Manisha Shah MD**<br>**2900 N Interstate 35 Ste 210**<br>**Denton, TX 76201** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $20.66 |
| ACCT #:<br>**Mihaela Anastase, MD**<br>**501 Midwestern Pkwy**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,315.00 |

Sheet no. ___7___ of ___13___ continuation sheets attached to                                    **Subtotal >** | $2,505.15
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                          Case No. **12-70379-HdH-7**
                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Monte J. White & Associates**<br>**1106 Brook Ave**<br>**Wichita Falls TX  76301** | | W | DATE INCURRED:  **07/11/2012**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,686.00 |
| ACCT #:<br>**Nam Nguyen MD**<br>**1820 Preston Park Blvd Ste 1200**<br>**Plano, TX 75093** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $10.28 |
| ACCT #:  **xxxxxxxxx2603**<br>**Nationwide Recovery Sys**<br>**2304 Tarpley Dr #134**<br>**Carrollton, TX 75006** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $605.20 |
| ACCT #:<br>**Olakunle Iluyomade MD**<br>**475 Elm St Ste100**<br>**Lewisville, TX 75057** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $41.00 |
| ACCT #:<br>**Paul Renton Jr, MD**<br>**808 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2.56 |
| ACCT #:<br>**Peter Mikhall, MD**<br>**1518 9th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,022.67 |

Sheet no. ____**8**____ of ____**13**____ continuation sheets attached to                          **Subtotal >**          $4,367.71
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**  Case No. **12-70379-HdH-7**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x5611**<br>**Radiology Associates**<br>**808 Brook Avenue**<br>**Wichita Falls, Texas 76301-4289** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $26.06 |
| ACCT #:<br>**Rafael Rivera-Rivera, MD**<br>**1104 Brook Ave**<br>**Wichita Falls TX  76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $159.75 |
| ACCT #:<br>**Raja Divi MD**<br>**1600 11th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $142.02 |
| ACCT #:<br>**Rami Buchipudi MD**<br>**1600 11 St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $146.50 |
| ACCT #: **3346**<br>**Raymond Owen, MD**<br>**2945 Southwest Parkway**<br>**Wichita Falls, TX 76308** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $823.00 |
| ACCT #: **xxxxxxx3091**<br>**Retrieval Masters Creditors Bureau, Inc**<br>**2269 S Saw Mill River Rd Bldg 3**<br>**Elmsford, NY 10523** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $159.92 |

Sheet no. ____9____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $1,457.25

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                                    Case No.  __12-70379-HdH-7__
                                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard Lebell CRNA**<br>**1600 11th Streeet**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,772.00 |
| ACCT #:<br>**Robert L. McBroom Jr., M.D.**<br>**1601 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $738.60 |
| ACCT #:<br>**S Shaw Fontenot**<br>**1419 9th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $312.08 |
| ACCT #:<br>**Satish Chada MD**<br>**2200 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $102.55 |
| ACCT #:<br>**Scared Cross EMS Inc**<br>**141 W McCart St**<br>**Krum, TX 76249** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $200.00 |
| ACCT #:  **xxxxxxxxxxxx3276**<br>**Sears/cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:  **09/1975**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $3,903.00 |

Sheet no. ____**10**____ of ____**13**____ continuation sheets attached to                          **Subtotal >**                      $8,028.23
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**     Case No. **12-70379-HdH-7**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Senior Care Health & Rehab**<br>**910 Midwestern Parkway**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Stanley Evans DO**<br>**3105 Colorado Blvd**<br>**Denton, TX 76210** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $525.05 |
| ACCT #:<br>**Tammy Bishop, APN**<br>**1600 11th St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $729.69 |
| ACCT #:<br>**Terry Seegers, MD**<br>**808 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $50.00 |
| ACCT #: **3346**<br>**Texas Speciality Hospital Wichita Falls**<br>**1103 Grace Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Timothy McCellan MD**<br>**1104 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $29.65 |

Sheet no. ____11____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $1,334.39

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                                      Case No. **12-70379-HdH-7**

                                                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Titanium Emergency Group**<br>**P.O. Box 3407**<br>**Emergency room Physician**<br>**Wichita Falls, Texas 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $120.31 |
| ACCT #: **xxxxL000**<br>**Titanium Emergency Group**<br>**P.O. Box 3407**<br>**Emergency room Physician**<br>**Wichita Falls, Texas 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $26.57 |
| ACCT #: **x07-14**<br>**Trans Star Ambulance**<br>**3917 Call Field Rd**<br>**Wichita Falls, TX 76308** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $100.00 |
| ACCT #: **xxxxxxxxxxxx7754**<br>**Txu Electric/TXU Energy**<br>**Attention: Bankruptcy**<br>**PO Box 650393**<br>**Dallas, TX 75265** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $500.00 |
| ACCT #: **xxxxxxxxxxx,xxxxxx,xxxxxx,xx9094**<br>**United Regional**<br>**Attn: Billing Dept.**<br>**1600 11th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS:<br>**953709,939919,902349,965271,965532,958720** | | | | $180,187.44 |
| ACCT #:<br>**United Regional Health Care Systems**<br>**1600 11th Street**<br>**Wichita Falls, Texas 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $3,671.86 |

Sheet no. ____**12**____ of ____**13**____ continuation sheets attached to            **Subtotal >** | $184,606.18
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Olethia Sharlette Blanks**                     Case No. **12-70379-HdH-7**
                                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxxxxx/xxxxxxxx/xxxxx**<br>**United Regional Physician Group**<br>**PO Box 9261**<br>**Wichita Falls, TX 76308** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS:<br>**24310829** | | | | $847.62 |
| ACCT #:  **xxxx5216**<br>**US Cellular**<br>**Financial Services**<br>**4700 S Garnett Rd**<br>**Tulsa, OK 74146-4700** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $529.65 |
| ACCT #:<br>**Virgil Frando, MD**<br>**3901 Armory Rd**<br>**Wichita Falls, TX 76302** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,230.00 |
| ACCT #:  **xxxxx-xxxx9031**<br>**Wichita Falls Gastroenterology Associate**<br>**004 Brook Ave.**<br>**Wichita Falls, TX 76301-5049** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $25.15 |
| ACCT #:<br>**William Dean MD**<br>**1518 9th Street**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $333.22 |
| | | | | | | | |

Sheet no. ____**13**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $2,965.64 |
| Total > | $479,893.08 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Olethia Sharlette Blanks**                          CASE NO    **12-70379-HdH-7**

                                                             CHAPTER    **7**

*AMENDED*
**VERIFICATION OF MAILING LIST**


        In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

    ( ) is the first mailing list filed in this case.

    (x) adds entities not listed on previously filed mailing list(s).

    ( ) changes or corrects names and address on previously filed mailing lists.



Date  7/29/2013 _____          Signature  _*/s/ Olethia Sharlette Blanks by Pansy Phillips King, POA*_
                                                        *Olethia Sharlette Blanks*



Date _____          Signature _____

Accucare Clinic North Texas PA
Virgil G. Frando, MD or
Angelita B. Frando, MD
3901 Armory Rd.
Wichita Falls, Texas 76302

Adekunle Adekola MD
475 Elm St Ste 100
Lewisville, TX 75057

Adenike Patalay MD
1600 11th St
Wichita Falls, TX 76301

Adlina Logan MD
1600 11th St
Wichita Falls, TX 76301

Andre P. Desire, MD
1631 11th St
Wichita Falls, TX 76301

Armando Moreno, MD
1600 11th Street
Wichita Falls, TX 76301

Arshad Asghar MD
3515 Colorado Blvd Ste 102
Denton, TX 76210

Candis Beard MD
3901 W 15th St
Plano, TX 75075

Charles Rodgers MD
1600 11th St
Wichita Falls, TX 76301

Christopher Lam DO
1600 11th Street
Wichita Falls, TX 76301


Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547


David Hoodenpyle, II APN
1600 11th St
Wichita Falls, TX 76301


David Moffat MD
808 Brook Ave
Wichita Falls, TX 76301


David Spencer MD
808 Brook Ave
Wichita Falls, TX 76301


Denton Regional Medical Center
4405 N I-35
Denton, TX 76207


Dr. Harvey Lowell
1208 Brook Ave
Wichita Fall, TX 76301-5602


Dr. Rafael Rivera
1100 Brook Ave
Wichita Falls, TX 76301-4401


Dureshahwar Fernandez, MD
1100 Brook Ave
Wichita Falls, TX 76301

Ernest Tschoepe MD
1820 Preston Park Blvd Ste 1200
Plano, TX 75093


Fardin Djafari, MD
1631 11th Street
Wichita Falls, TX 76301


Fayyaz H Mirza MD
808 Brook Ave,
Wichita Falls, TX 76301


Francis Yap, MD
501 Midwestern Pkwy
Wichita Falls, TX 76302


Frederick Langner, MD FACS
PO Box 547
Wichita Falls, TX 76307-0547


Gang Quan MD
2900 N Interstate 35 101
Denton, TX 76201


Gracia Del Rosario, MD
3901 Armory Rd
Wichita Falls, TX 76302


Harvey Martin MD
1808 Rose Street
Wichita Falls, TX 76301


Healthsouth Rehab Hospital
3901 Armory Road
Wichita Falls TX  76302

Javed Akram MD
209 N Bonnie Brae Ste 33
Denton, TX 76201


Jayasankar Reddy, MD
1310 Ranch Rd 620 S
Austin, TX 78734


Jeffrey Carenza MD
401 Campbell Rd
Richardson, TX 75080


Joel Trujillio MD
501 Midwestern Pkwy
Wichita Falls, TX 76302


Jose Audie E. Lim MD., PA
1518 10th Street
Wichita Falls, TX 76301


Leo Mercer MD
P O Box 9084
Wichita falls,  TX 76308-9084


Lowell Harvey MD
1100 Brook Ave
Wichita Falls, TX 76301


Madhu Patalay MD
1600 11th Street
Wichita Falls, TX 76301


Manisha Gupta MD
3901 W 15th St
Plano, TX 75075

Manisha Shah MD
2900 N Interstate 35 Ste 210
Denton, TX 76201


Mihaela Anastase, MD
501 Midwestern Pkwy
Wichita Falls, TX 76302


Nam Nguyen MD
1820 Preston Park Blvd Ste 1200
Plano, TX 75093


Olakunle Iluyomade MD
475 Elm St Ste100
Lewisville, TX 75057


Paul Renton Jr, MD
808 Brook Ave
Wichita Falls, TX 76301


Peter Mikhall, MD
1518 9th Street
Wichita Falls, TX 76301


Radiology Associates
808 Brook Avenue
Wichita Falls, Texas 76301-4289


Rafael Rivera-Rivera, MD
1104 Brook Ave
Wichita Falls TX  76301


Raja Divi MD
1600 11th Street
Wichita Falls, TX 76301

Rami Buchipudl MD
1600 11 St
Wichita Falls, TX 76301


Raymond Owen, MD
2945 Southwest Parkway
Wichita Falls, TX 76308


Richard Lebell CRNA
1600 11th Streeet
Wichita Falls, TX 76301


Robert L. McBroom Jr., M.D.
1601 Brook Ave
Wichita Falls, TX 76301


Satish Chada MD
2200 Brook Ave
Wichita Falls, TX 76301


Scared Cross EMS Inc
141 W McCart St
Krum, TX 76249


Senior Care Health & Rehab
910 Midwestern Parkway
Wichita Falls, TX 76302


Stanley Evans DO
3105 Colorado Blvd
Denton, TX 76210


Tammy Bishop, APN
1600 11th St
Wichita Falls, TX 76301

```
Terry Seegers, MD
808 Brook Ave
Wichita Falls, TX 76301


Texas Speciality Hospital Wichita Falls
1103 Grace Street
Wichita Falls, TX 76301


Timothy McCellan MD
1104 Brook Ave
Wichita Falls, TX 76301


Titanium Emergency Group
P.O. Box 3407
Emergency room Physician
Wichita Falls, Texas 76301


United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301


United Regional Physician Group
PO Box 9261
Wichita Falls, TX 76308


Virgil Frando, MD
3901 Armory Rd
Wichita Falls, TX 76302


Wichita Falls Gastroenterology Associate
004 Brook Ave.
Wichita Falls, TX 76301-5049


William Dean MD
1518 9th Street
Wichita Falls, TX 76301
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:  **Olethia Sharlette Blanks**

CASE NO.  **12-70379-HdH-7**

CHAPTER  **7**

## Certificate of Service

_____

The undersigned hereby certifies that on August 7, 2013, a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines was served on all interested parties listed below by ECF and/or regular mail.

Date:  **7/29/2013**

**/s/ Monte J. White**
_____
**Monte J. White**
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Accucare Clinic North Texas PA<br>Virgil G. Frando, MD or<br>Angelita B. Frando, MD<br>3901 Armory Rd.<br>Wichita Falls, Texas 76302 | Armando Moreno, MD<br>1600 11th Street<br>Wichita Falls, TX 76301 | Clinics of North Texas<br>PO Box 97547<br>Wichita Falls, TX 76307-7547 |
| Adekunle Adekola MD<br>475 Elm St Ste 100<br>Lewisville, TX 75057 | Arshad Asghar MD<br>3515 Colorado Blvd Ste 102<br>Denton, TX 76210 | David Hoodenpyle, II APN<br>1600 11th St<br>Wichita Falls, TX 76301 |
| Adenike Patalay MD<br>1600 11th St<br>Wichita Falls, TX 76301 | Candis Beard MD<br>3901 W 15th St<br>Plano, TX 75075 | David Moffat MD<br>808 Brook Ave<br>Wichita Falls, TX 76301 |
| Adlina Logan MD<br>1600 11th St<br>Wichita Falls, TX 76301 | Charles Rodgers MD<br>1600 11th St<br>Wichita Falls, TX 76301 | David Spencer MD<br>808 Brook Ave<br>Wichita Falls, TX 76301 |
| Andre P. Desire, MD<br>1631 11th St<br>Wichita Falls, TX 76301 | Christopher Lam DO<br>1600 11th Street<br>Wichita Falls, TX 76301 | Denton Regional Medical Center<br>4405 N I-35<br>Denton, TX 76207 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:  **Olethia Sharlette Blanks**

CASE NO.   **12-70379-HdH-7**

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #1)

---

Dr. Harvey Lowell
1208 Brook Ave
Wichita Fall, TX 76301-5602

Frederick Langner, MD FACS
PO Box 547
Wichita Falls, TX 76307-0547

Jeffrey Carenza MD
401 Campbell Rd
Richardson, TX 75080

Dr. Rafael Rivera
1100 Brook Ave
Wichita Falls, TX 76301-4401

Gang Quan MD
2900 N Interstate 35 101
Denton, TX 76201

Joel Trujillio MD
501 Midwestern Pkwy
Wichita Falls, TX 76302

Dureshahwar Fernandez, MD
1100 Brook Ave
Wichita Falls, TX 76301

Gracia Del Rosario, MD
3901 Armory Rd
Wichita Falls, TX 76302

Jose Audie E. Lim MD., PA
1518 10th Street
Wichita Falls, TX 76301

Ernest Tschoepe MD
1820 Preston Park Blvd Ste 1200
Plano, TX 75093

Harvey Martin MD
1808 Rose Street
Wichita Falls, TX 76301

Leo Mercer MD
P O Box 9084
Wichita falls,  TX 76308-9084

Fardin Djafari, MD
1631 11th Street
Wichita Falls, TX 76301

Healthsouth Rehab Hospital
3901 Armory Road
Wichita Falls TX  76302

Lowell Harvey MD
1100 Brook Ave
Wichita Falls, TX 76301

Fayyaz H Mirza MD
808 Brook Ave,
Wichita Falls, TX 76301

Javed Akram MD
209 N Bonnie Brae Ste 33
Denton, TX 76201

Madhu Patalay MD
1600 11th Street
Wichita Falls, TX 76301

Francis Yap, MD
501 Midwestern Pkwy
Wichita Falls, TX 76302

Jayasankar Reddy, MD
1310 Ranch Rd 620 S
Austin, TX 78734

Manisha Gupta MD
3901 W 15th St
Plano, TX 75075

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Olethia Sharlette Blanks**

CASE NO.  **12-70379-HdH-7**

CHAPTER  **7**

### Certificate of Service

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Manisha Shah MD<br>2900 N Interstate 35 Ste 210<br>Denton, TX 76201 | Rafael Rivera-Rivera, MD<br>1104 Brook Ave<br>Wichita Falls TX 76301 | Scared Cross EMS Inc<br>141 W McCart St<br>Krum, TX 76249 |
| Mihaela Anastase, MD<br>501 Midwestern Pkwy<br>Wichita Falls, TX 76302 | Raja Divi MD<br>1600 11th Street<br>Wichita Falls, TX 76301 | Senior Care Health & Rehab<br>910 Midwestern Parkway<br>Wichita Falls, TX 76302 |
| Nam Nguyen MD<br>1820 Preston Park Blvd Ste 1200<br>Plano, TX 75093 | Rami Buchipudl MD<br>1600 11 St<br>Wichita Falls, TX 76301 | Stanley Evans DO<br>3105 Colorado Blvd<br>Denton, TX 76210 |
| Olakunle Iluyomade MD<br>475 Elm St Ste100<br>Lewisville, TX 75057 | Raymond Owen, MD<br>2945 Southwest Parkway<br>Wichita Falls, TX 76308 | Tammy Bishop, APN<br>1600 11th St<br>Wichita Falls, TX 76301 |
| Paul Renton Jr, MD<br>808 Brook Ave<br>Wichita Falls, TX 76301 | Richard Lebell CRNA<br>1600 11th Streeet<br>Wichita Falls, TX 76301 | Terry Seegers, MD<br>808 Brook Ave<br>Wichita Falls, TX 76301 |
| Peter Mikhall, MD<br>1518 9th Street<br>Wichita Falls, TX 76301 | Robert L. McBroom Jr., M.D.<br>1601 Brook Ave<br>Wichita Falls, TX 76301 | Texas Speciality Hospital Wichita Falls<br>1103 Grace Street<br>Wichita Falls, TX 76301 |
| Radiology Associates<br>808 Brook Avenue<br>Wichita Falls, Texas 76301-4289 | Satish Chada MD<br>2200 Brook Ave<br>Wichita Falls, TX 76301 | Timothy McCellan MD<br>1104 Brook Ave<br>Wichita Falls, TX 76301 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **Olethia Sharlette Blanks**

CASE NO. **12-70379-HdH-7**

CHAPTER **7**

**Certificate of Service**

(Continuation Sheet #3)

Titanium Emergency Group
P.O. Box 3407
Emergency room Physician
Wichita Falls, Texas 76301


United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301


United Regional Physician Group
PO Box 9261
Wichita Falls, TX 76308


Virgil Frando, MD
3901 Armory Rd
Wichita Falls, TX 76302


Wichita Falls Gastroenterology
Associate
004 Brook Ave.
Wichita Falls, TX 76301-5049


William Dean MD
1518 9th Street
Wichita Falls, TX 76301